## Wm. L. Ewing, Respondent, v. James Gass, Appellant.

1. *Practice—Jury—Trial.*—It is the part of the jury to weigh the testimony and reconcile the evidence presented, and to give their verdict according to what they believe to be the facts.

2. *Practice—Trial—Instructions.*—Instructions not supported by the evidence presented, are properly refused.

*Appeal from St. Louis Circuit Court.*

*P. Donahue,* for appellant.

*T. T. Gantt,* for respondent.

Wagner, Judge, delivered the opinion of the court.

The question asked the witnesss Ewing in his examination in chief, and objected to by the defendant, was not strictly legal, though it was perfectly harmless and obviously had no influence in the determination of the case. There was some conflict in the testimony, but it was for the jury to weigh and reconcile it, and give their verdict according to what they believed to be the facts. The last instruction asked by the defendant was properly refused, because there was no evidence to support it, and the other instructions given on both sides presented the law fairly and correctly.

Judgment affirmed. The other judges concur.

———◄●○●►———

## Stephen M. Jones, Assignee of John Shelton, Respondent, v. William G. Dudley et al., Appellants.

*Appeal from Franklin Circuit Court.*

*W. H. Lackland,* for assignee of respondent.

*Owens & Gale,* for appellants.

Wagner, Judge, delivered the opinion of the court.

The appellant having failed to prosecute his appeal, or file any assignment of errors in this court, the judgment in this case will be affirmed. The other judges concur.